994

## Second Department, June, 1966

### (June 22, 1966) *

In the Matter of NATHANIEL BREWER, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, QUEENS COUNTY, et al., Respondents.— Proceeding pursuant to CPLR article 78 to prohibit respondents from proceeding to retry petitioner on any of the charges contained in indictment No. 646-1965. Application denied and proceeding dismissed, without costs. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

### (June 27, 1966) *

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE ESPOSITO, Appellant.— Motion by appellant to amend order of this court, dated May 31, 1966 (25 A D 2d 957), granted to the extent of deleting from the order and from the decision dated the same day all reference to an appeal from order entered April 19, 1965, which, without a hearing, had denied his application in the nature of *coram nobis* to vacate the judgment which was affirmed by said order of this court. Motion denied in all other respects. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

---

* Not published with other decisions of June, 1966, 26 A D 2d 545.— [REP.